MARGARET M. E. PHELAN et al., appellants,

*v.*

SARAH M. PHELAN et al., respondents.

[Argued November 28th, 1913. Decided March 16th, 1914.]

On appeal from a decree of the prerogative court made by the ordinary, whose opinion is reported *ante p. 316.*

*Mr. William B. Gourley* and *Mr. Albert Comstock,* for the appellants.

*Mr. Peter Backes,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by the ordinary.

*For affirmance*—TRENCHARD, BERGEN, MINTURN, KALISCH, CONGDON, WHITE, HEPPENHEIMER—7.

*For reversal*—THE CHIEF-JUSTICE, SWAYZE, PARKER, BOGERT, VREDENBURGH—5.